1  Thomas H. Allen, State Bar #11160
   Khaled Tarazi, State Bar #32446
2  **ALLEN BARNES & JONES, PLC**
   1850 N. Central Ave., Suite 1150
3  Phoenix, Arizona 85004
   Ofc: (602) 256-6000
4  Fax: (602) 252-4712
   Email  tallen@allenbarneslaw.com
5           ktarazi@allenbarneslaw.com

6  Attorneys for Plaintiff

7              **UNITED STATES BANKRUPTCY COURT**

8                    **DISTRICT OF ARIZONA**

9   In re:                          CHAPTER 11

10  LOLINDA LEE FISHER,             Case No. 2:07-bk-03839-RTB

11           Debtor.

12  ─────────────────────────

13  LOLINDA LEE FISHER,             Adv. No. ____

14           Plaintiff,

15  v.                              **COMPLAINT**

16  OCWEN LOAN SERVICING, LLC,

17           Defendant.

18       Plaintiff Lolinda Lee Fisher ("**Debtor**" or "**Plaintiff**"), by and through undersigned

19  counsel, for her Complaint against Ocwen Loan Servicing, LLC ("**Ocwen**" or "**Defendant**"),

20  hereby states and alleges as follows:

21              **JURISDICTION, PARTIES, AND VENUE**

22       1.    On April 6, 2009, this Court confirmed the *Debtor's First Amended Plan of*

23  *Reorganization Dated February 9, 2009* [ECF No. 147] ("**Plan**") filed by the Plaintiff in Case

24  No. 2:07-bk-03839-RTB ("**Bankruptcy Case**").[1]  *See Order Approving Debtor's First*

25  *Amended Plan of Reorganization Dated February 9, 2009* ("**Confirmation Order**").  ECF No.

26  185.

27

28
   ─────────────────────
   [1] All docket references refer to the docket in the Bankruptcy Case.
   {00024661}

1  2.  Pursuant to the Plan, this Court specifically retained jurisdiction for issues

2 regarding Plan disputes and enforcement. ECF No. 147 at p. 23.

3  3.  Pursuant to the Confirmation Order, the Plaintiff retained the ability to bring any

4 type of adversary proceeding after entry of the Confirmation Order. ECF No. 185 at pp. 8, 9.

5  4.  This proceeding is an adversary proceeding pursuant to Bankruptcy Rule 7001

6 and is governed by Bankruptcy Rules 7001 *et. seq.*[2]

7  5.  This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C.

8 §§ 157 and 1334 and Rules 7001, *et. seq.*

9  6.  Plaintiff is domiciled in the State of Arizona.

10  7.  Upon information and belief, Defendant is a Florida limited liability company.

11  8.  At all times relevant herein, Defendant has conducted business in the State of

12 Arizona and has had substantial contacts with the State of Arizona.

13         **FACTUAL BACKGROUND**

14  9.  On August 7, 2007, Plaintiff filed a voluntary petition for relief under Chapter 11

15 of the Code.

16  10.  On February 9, 2009, Plaintiff filed the Plan. In the Plan, Plaintiff proposed

17 treatment of a claim held by Wells Fargo Bank, N.A. c/o Home Loan Services/Home Eq.

18 (collectively, "**HomeEQ**") relating to a loan ("**Loan**") secured by Plaintiff's home.[3]

19  11.  Defendant is the successor-in-interest to HomeEQ on the Loan

20  12.  On April 6, 2009, this Court confirmed the Plan. See Confirmation Order at

21 ECF No. 185.

22 **Post-Confirmation Issues Regarding the Loan**

23  13.  Pursuant to the Plan, as approved by the Confirmation Order, Plaintiff was to

24 make the following payments toward the Loan:

25 _____

26 [2] Unless otherwise indicated, all Chapter, Section and Rule references are to the Bankruptcy Code ("Code"),
11 U.S.C. §§ 101-1532, and to the Federal Rules of Bankruptcy Procedure 1001-9037 ("Rules").

27

28 [3] At the time of the Plan, the Plaintiff's home had the address of 688 S. Garland Praire Rd. The address was later
changed by the government to 4751 E. Forest Service 3040 Rd. Both addresses refer to the same property, which
explains the discrepancy between the address on the Plan and the address on Plaintiff's Loan statements from
Defendant.

{00024661}

-2-

Case 2:17-ap-00389-RTBP Doc 1 Filed 07/10/17 Entered 07/10/17 11:17:14 Desc
Main Document  Page 2 of 23

1        a.  Regular monthly payments of principal, interest, taxes and insurance

2             pursuant to the original loan documents (currently $2,529.24); and

3        b.  Payment of the outstanding arrearage in the amount of $31,500 in ten (10)

4             semi-annual payments of $3,150.00).

5 See Confirmation Order at p. 18.

6       14.    Beginning in March 2009, Plaintiff made electronic payments to HomeEQ in

7 accordance with the Plan.

8       15.    Subsequently, the Loan was transferred to Defendant and Plaintiff has continued

9 to timely make all payments under the Plan.

10      16.    As a successor-in-interest to HomeEQ, Defendant is equally bound by the Plan.

11 See Plan at p. 28.

12      17.    In December, 2016, Plaintiff received a letter from Defendant dated December

13 15, 2016, which included a transaction history for the Loan. See December Letter attached as

14 **Exhibit A**.

15      18.    The transaction history in the December Letter indicates that the first payments

16 following confirmation of the Plan in April 2009 were not applied to the Loan until September

17 14, 2010.  The transaction history also indicates that as of December 1, 2016, there was an

18 escrow balance of $18,019.17, and it further erroneously indicates a past due amount of

19 $94,761.77.

20      19.    In January 2017, Plaintiff received a notice from Defendant stating that the

21 escrow account held an overage of $19,629.33.  See January Letter attached as **Exhibit B**.

22      20.    In March 2017, Plaintiff received a monthly mortgage account statement from

23 Defendant reflecting a principal balance of $301,692.64, with an escrow balance of $18,737.61.

24 In addition, the statement reflected payments Defendant applied on October 21, 2016,

25 November 4, 2016, and November 28, 2016, a portion of which was noted as unapplied funds.

26 See monthly mortgage account statement attached as **Exhibit C**.

27      21.    Despite Plaintiff having timely made all payments required under the Plan,

28 Defendant began rejecting Plaintiff's payments made since January 2017 and recently sent her a

Notice of Default followed by a Pre-Foreclosure Referral letter dated March 9, 2017. <u>See</u> Pre-Foreclosure Letter attached as **Exhibit D.**

22.     In May 2017, Plaintiff sent a letter to Defendant through counsel attempting to resolve matters consensually and avoid litigation.

23.     Rather than respond substantively to the May letter, Defendant sent Plaintiff a Delinquency Notice dated June 6, 2017 erroneously stating that the account became delinquent in January 2014, that Plaintiff is over $100,000 in arrears, and that her account has been referred to an attorney for foreclosure. Foreclosure Referral Letter attached as **Exhibit E.**

24.     Plaintiff has attempted to contact Defendant directly but is continuously told that the account is past due without a proper accounting. It is clear from the accounting (Exhibit A) that Plaintiff's payments were improperly applied to the Loan from the Effective Date of the Plan.

25.     Through no fault of her own, and despite timely fulfilling her Plan obligations to Defendant and its predecessors, Defendant is unjustifiably threatening foreclosure.

26.     By improperly applying Plaintiff's Plan payments, Defendant is in violation of the Plan and is undermining Plaintiff's compliance with the terms of the Plan.

### <u>COUNT I</u>

### **(VIOLATION OF PLAN AND CONFIRMATION ORDER)**

27.     Plaintiff hereby realleges all preceding paragraphs as if they were stated herein.

28.     The terms of the confirmed Plan and Confirmation Order are binding on Plaintiff's creditors, and on such creditors' successors and assigns.

29.     Code § 1141(a) provides that the terms and conditions of a confirmed plan of reorganization bind creditors whether or not that creditor has accepted the plan.

30.     Defendant is bound by the terms of the Plan and Confirmation Order, and has violated the terms and conditions set forth therein.

31.     Defendant has breached its obligation to comply with the terms and conditions of the confirmed Plan and Confirmation Order.

/ / /

32. Pursuant to Code § 524 Plaintiff is entitled to damages resulting from the breach in an amount to be determined by the Court.

## COUNT II

### (BREACH OF CONTRACT)

33. Plaintiff hereby realleges all preceding paragraphs as if they were stated herein.

34. The confirmed Plan is a new contract between Plaintiff and each of her creditors.

35. Defendant has breached its contract with Plaintiff by ignoring the terms and conditions of the revised/modified contract and attempting to enforce a contract which is no longer enforceable.

36. Plaintiff is entitled to damages for Defendant's breach of contract in an amount to be determined by the Court.

**WHEREFORE,** Plaintiff requests that this Court enter judgment against Defendant, and in favor of Plaintiff, as follows:

A. Requiring Defendant to acknowledge and agree that the correct monthly payment for the Loan is the amount of $2,529.24 (which may vary slightly based on natural fluctuations of the escrow amounts);

B. Requiring Defendant to acknowledge and agree that Plaintiff is not in default on the Loan, and that the Loan is current, including all required Plan payments;

C. Requiring Defendant to continue accepting monthly payments, applying the $2,529.24 to the outstanding principal, interest, and escrow amounts;

D. Requiring Defendant to provide documentation showing that Plaintiff has been credited for all payments made to Wells Fargo, Home Loan Services/Home Eq and/or Defendant from March 2009 to present, including application of all arrearage payments made during that time to the loan deficiency balance;

E. Requiring Defendant to provide documentation to show that it has waived and deducted any and all default and late fees charged to Plaintiff on the Loan, with corrected balances owed;

/ / /

F. Requiring Defendant to make corrective notations on Plaintiff's credit reports for any negative reporting by Defendant regarding this matter;

G. Awarding Plaintiff compensatory damages for Defendant's violations of the Plan and Confirmation Order, in an amount to be determined at trial, but no less than $15,000.00;

H. Awarding Plaintiff damages for Defendant's breaches of contract, in an amount to be determined at trial;

I. Awarding Plaintiff her fair and reasonable attorneys' fees and costs, in an amount to be determined by the Court, pursuant to Code § 524 and as may be allowed by applicable State law; and

J. For such other and further relief as this Court deems just and proper.

DATED: July 10, 2017.

**ALLEN BARNES & JONES, PLC**

/s/ *THA #11160*
Thomas H. Allen
Khaled Tarazi
1850 N. Central Ave., Suite 1150
Phoenix, AZ 85004
*Attorneys for Plaintiff*

# Exhibit "A"



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners Is What We do!™*

O C W E N
12/15/2016

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 – 2936

Loan Number: 707083069

Lolinda Fisher
4751 East Forest Service 3040 Road
Williams, AZ 86046-9449

<u>Property Address:</u>
4751 East Forest Service 3040 Road
Williams, AZ 86046-9449

Dear Lolinda Fisher,

Our company has recently received a request for information on the above referenced loan, which is enclosed for your review.

Sincerely,
Ocwen Loan Servicing, LLC

RPFS_Letter

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

NMLS # 1852

| Check No. | Transaction | Pymt Due | Pymt Received | Description | Amount Applied/Assessed | Principal Application | Interest Application | Escrow Application | Late Charges | Fees/Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7/14/2010 | | | Bankruptcy Escrow Adjustment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 7/15/2010 | | | Loan Disbursement | -336,128.15 | -334,666.38 | 0 | 0 | 0 | 0 | 2,705.48 | 334,666.38 | 0 | 8,116.44 |
| | 8/31/2010 | | | Bankruptcy Escrow Adjustment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 334,666.38 | -21,598.50 | 2,705.48 |
| | 9/15/2010 | | | Late Charge - Alt Payment Plan | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 10/12/2010 | | | Tax Disbursement-COCONINO COUNTY | -946.91 | 0 | 0 | -946.91 | 0 | 0 | 0 | 334,666.38 | -17,256.63 | 0 |
| | 10/18/2010 | | | Insurance Credit | 2,918.90 | 0 | 0 | 2,918.90 | 0 | 0 | 0 | 334,666.38 | -14,337.73 | 0 |
| | 4/11/2011 | | | Tax Disbursement-COCONINO COUNTY | -946.91 | 0 | 0 | -946.91 | 0 | 0 | 0 | 333,300.65 | -15,284.64 | 734.3 |
| | 10/17/2011 | | | Tax Disbursement-COCONINO COUNTY | -1,011.16 | 0 | 0 | -1,011.16 | 0 | 0 | 0 | 332,354.71 | -16,295.80 | 2,663.42 |
| | 2/8/2012 | | | Late Charge - Alt Payment Plan | -1,326.30 | 0 | 0 | 0 | 0 | -1,326.30 | 0 | 0 | 0 | 0 |
| | 2/8/2012 | | | Certified Mail Cost | -6.53 | 0 | 0 | 0 | 0 | -6.53 | 0 | 0 | 0 | 0 |
| | 2/13/2012 | | | Certified Mail Cost | -6.53 | 0 | 0 | 0 | 0 | -6.53 | 0 | 0 | 0 | 0 |
| | 2/23/2012 | | | Property Inspection Fee | -10.5 | 0 | 0 | 0 | 0 | -10.5 | 0 | 0 | 0 | 0 |
| | 2/23/2012 | | | Property Inspection Fee | -10.5 | 0 | 0 | 0 | 0 | -10.5 | 0 | 0 | 0 | 0 |
| | 4/13/2012 | | | Tax Disbursement-COCONINO COUNTY | -1,011.16 | 0 | 0 | -1,011.16 | 0 | 0 | 0 | 330,181.55 | -17,306.96 | 3,098.78 |
| | 10/15/2012 | | | Tax Disbursement-COCONINO COUNTY | -1,274.18 | 0 | 0 | -1,274.18 | 0 | 0 | 0 | 327,549.88 | -15,027.17 | 2,617.18 |
| | 4/11/2013 | | | Tax Disbursement-COCONINO COUNTY | -1,274.18 | 0 | 0 | -1,274.18 | 0 | 0 | 0 | 326,562.22 | -14,102.88 | 4,045.48 |
| | 10/15/2013 | | | Tax Disbursement-COCONINO COUNTY | -919.73 | 0 | 0 | -919.73 | 0 | 0 | 0 | 324,535.99 | -10,601.53 | 4,386.61 |
| | 4/14/2014 | | | Tax Disbursement-COCONINO COUNTY | -919.73 | 0 | 0 | -919.73 | 0 | 0 | 0 | 321,348.66 | -4,904.64 | 1,319.99 |
| | 10/14/2014 | | | Tax Disbursement-COCONINO COUNTY | -1,090.40 | 0 | 0 | -1,090.40 | 0 | 0 | 0 | 317,984.01 | 636.58 | 3,946.00 |
| | 4/8/2015 | | | Tax Disbursement-COCONINO COUNTY | -1,090.40 | 0 | 0 | -1,090.40 | 0 | 0 | 0 | 315,117.56 | 5,072.53 | 4,248.43 |
| | 5/4/2015 | | | Property Inspection Fee | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 5/29/2015 | | | Property Inspection Fee | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 7/13/2015 | | | Bankruptcy Escrow Adjustment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 313,979.64 | 7,283.07 | 3,237.87 |
| | 7/15/2015 | | | Bankruptcy Escrow Adjustment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 313,979.64 | 7,283.07 | 3,237.87 |
| | 7/15/2015 | | | Bankruptcy Escrow Adjustment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 313,979.64 | 7,283.07 | 3,237.87 |
| | 7/23/2015 | | | Bankruptcy Escrow Adjustment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 313,979.64 | 7,283.07 | 3,237.87 |
| | 7/29/2015 | | | Bankruptcy Escrow Adjustment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 313,406.05 | 8,388.34 | 2,732.59 |
| | 10/9/2015 | | | Tax Disbursement-COCONINO COUNTY | -1,065.01 | 0 | 0 | -1,065.01 | 0 | 0 | 0 | 312,249.54 | 9,533.87 | 1,722.05 |
| | 4/7/2016 | | | Tax Disbursement-COCONINO COUNTY | -1,065.01 | 0 | 0 | -1,065.01 | 0 | 0 | 0 | 309,303.00 | 13,995.21 | 2,024.50 |
| | 10/6/2016 | | | Tax Disbursement-COCONINO COUNTY | -1,115.56 | 0 | 0 | -1,115.56 | 0 | 0 | 0 | 306,200.70 | 17,480.34 | 2,909.76 |
| | 11/18/2016 | | | Transaction History Fee | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 8/1/2008 | | Beginning Balance | 0 | 0 | 0 | 0 | -1,214.94 | -4,167.25 | 0 | 0 | 0 | 0 |
| | | | 7/15/2010 | Escrow Account Adjustment | -21,598.50 | 0 | 0 | -21,598.50 | 0 | 0 | 0 | 334,666.38 | -21,598.50 | 2,705.48 |
| 99668649 | | | 9/14/2010 | Suspense Payment | 2,583.30 | 0 | 0 | 0 | 0 | 0 | 2,583.30 | 334,666.38 | -21,598.50 | 5,288.78 |
| | | | 9/15/2010 | Altplan Suspense Adjustment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 334,666.38 | -21,598.50 | 5,288.78 |
| | | | 9/23/2010 | Suspense Transfer | -5,288.78 | 0 | 0 | 0 | 0 | 0 | -5,288.78 | 334,666.38 | -21,598.50 | 0 |
| | | | 9/23/2010 | Pre Petition Payment | 5,288.78 | 0 | 0 | 5,288.78 | 0 | 0 | 0 | 334,666.38 | -16,309.72 | 0 |
| 104068977 | | | 10/15/2010 | Suspense Payment | 2,583.30 | 0 | 0 | 0 | 0 | 0 | 2,583.30 | 334,666.38 | -14,337.73 | 2,583.30 |
| 108548509 | | | 11/23/2010 | Payment | 2,583.30 | 0 | 0 | 0 | 0 | 0 | -369.8 | 334,666.38 | -14,337.73 | 2,213.50 |
| | | 8/1/2008 | 11/23/2010 | Payment | 0 | 268.8 | 2,684.30 | 0 | 0 | 0 | 0 | 334,397.58 | -14,337.73 | 2,213.50 |
| 113365055 | | | 12/28/2010 | Payment | 2,583.30 | 0 | 0 | 0 | 0 | 0 | -369.8 | 334,397.58 | -14,337.73 | 1,843.70 |
| | | 9/1/2008 | 12/28/2010 | Payment | 0 | 270.95 | 2,682.15 | 0 | 0 | 0 | 0 | 334,126.63 | -14,337.73 | 1,843.70 |
| 1991 | | | 1/14/2011 | Payment | 2,583.30 | 0 | 0 | 0 | 0 | 0 | -369.8 | 334,126.63 | -14,337.73 | 1,473.90 |
| | | 10/1/2008 | 1/24/2011 | Payment | 0 | 273.13 | 2,679.97 | 0 | 0 | 0 | 0 | 333,853.50 | -14,337.73 | 1,473.90 |
| 123006044 | | | 2/25/2011 | Payment | 2,583.30 | 0 | 0 | 0 | 0 | 0 | -369.8 | 333,853.50 | -14,337.73 | 1,104.10 |
| | | 11/1/2008 | 2/25/2011 | Payment | 0 | 275.32 | 2,677.78 | 0 | 0 | 0 | 0 | 333,578.18 | -14,337.73 | 1,104.10 |
| 658533013 | | | 3/21/2011 | Payment | 2,583.30 | 0 | 0 | 0 | 0 | 0 | -369.8 | 333,578.18 | -14,337.73 | 734.3 |

| Acct | | Due Date | Trans Date | Description | ✓ | Amount | | | | | | | | Balance | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 12/1/2008 | 3/21/2011 | Payment | | 0 | 277.53 | 2,675.57 | 0 | 0 | 0 | 0 | | 333,300.65 | -14,337.73 | 734.3 |
| 132344710 | | | 4/22/2011 | Payment | ✓ | -2,583.30 | 0 | 0 | 0 | 0 | 0 | 0 | -369.8 | 333,300.65 | -15,284.64 | 364.5 |
| | | 1/1/2009 | 4/22/2011 | Payment | | 0 | 279.75 | 2,673.35 | 0 | 0 | 0 | 0 | 0 | 333,020.90 | -15,284.64 | 364.5 |
| 136887969 | | | 5/20/2011 | Payment | ✓ | 2,583.30 | 0 | 0 | 0 | 0 | 0 | 0 | -142.19 | 333,020.90 | -15,284.64 | 222.31 |
| | | 2/1/2009 | 5/20/2011 | Payment | | 0 | 331.9 | 2,393.59 | 0 | 0 | 0 | 0 | 0 | 332,689.00 | -15,284.64 | 222.31 |
| | | | 6/24/2011 | Payment | ✓ | 2,583.30 | 0 | 0 | 0 | 0 | 0 | 0 | -142.19 | 332,689.00 | -15,284.64 | 80.12 |
| | | 3/1/2009 | 6/24/2011 | Payment | | 0 | 334.29 | 2,391.20 | 0 | 0 | 0 | 0 | 0 | 332,354.71 | -15,284.64 | 80.12 |
| 147098078 | | | 7/25/2011 | Suspense Payment | ✓ | 2,583.30 | 0 | 0 | 0 | 0 | 0 | 0 | 2,583.30 | 332,354.71 | -15,284.64 | 2,663.42 |
| | | | 12/29/2011 | Payment | ✓ | 2,725.49 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 332,354.71 | -16,295.80 | 2,663.42 |
| | | 4/1/2009 | 12/29/2011 | Payment | | 0 | 336.69 | 2,388.80 | 0 | 0 | 0 | 0 | 0 | 332,018.02 | -16,295.80 | 2,663.42 |
| | | | 1/26/2012 | Payment | ✓ | 2,725.49 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 332,018.02 | -16,295.80 | 2,663.42 |
| | | 5/1/2009 | 1/26/2012 | Payment | | 0 | 339.11 | 2,386.38 | 0 | 0 | 0 | 0 | 0 | 331,678.91 | -16,295.80 | 2,663.42 |
| | | 1/1/2012 | 2/6/2015 | Late Charge Assessment | | -111.36 | 0 | 0 | 0 | -111.36 | 0 | 0 | 0 | 0 | | 2,663.42 |
| | | | 1/31/2012 | Altplan Suspense Adjustment | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 331,678.91 | -16,295.80 | 2,663.42 |
| | | 6/1/2009 | 2/6/2012 | Payment | ✓ | 2,725.49 | 341.55 | 2,383.94 | 0 | 0 | 0 | 0 | 0 | 331,337.36 | -16,295.80 | 2,663.42 |
| | | | 2/8/2012 | Altplan Suspense Adjustment | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 331,337.36 | -16,295.80 | 2,663.42 |
| | | | 2/10/2012 | Payment | ✓ | 2,725.49 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 331,337.36 | -16,295.80 | 2,663.42 |
| | | 7/1/2009 | 2/10/2012 | Payment | | 0 | 344 | 2,381.49 | 0 | 0 | 0 | 0 | 0 | 330,993.36 | -16,295.80 | 2,663.42 |
| | | | 2/13/2012 | Payment | ✓ | 2,725.49 | 0 | 0 | 0 | 0 | 0 | 0 | 217.68 | 330,993.36 | -16,295.80 | 2,881.10 |
| | | 8/1/2009 | 2/13/2012 | Payment | | 0 | 404.62 | 2,103.19 | 0 | 0 | 0 | 0 | 0 | 330,588.74 | -16,295.80 | 2,881.10 |
| | | | 3/13/2012 | Payment | ✓ | 2,725.49 | 0 | 0 | 0 | 0 | 0 | 0 | 217.68 | 330,588.74 | -16,295.80 | 3,098.78 |
| | | 9/1/2009 | 3/13/2012 | Payment | | 0 | 407.19 | 2,100.62 | 0 | 0 | 0 | 0 | 0 | 330,181.55 | -16,295.80 | 3,098.78 |
| | | | 3/21/2012 | Suspense Transfer | | -2,663.42 | 0 | 0 | 0 | 0 | 0 | 0 | -2,663.42 | 330,181.55 | -16,295.80 | 435.36 |
| | | | 3/21/2012 | Pre Petition Payment | ✓ | 2,663.42 | 0 | 0 | 0 | 0 | 0 | 0 | 2,663.42 | 330,181.55 | -16,295.80 | 3,098.78 |
| | | | 3/23/2012 | Suspense Transfer | | -2,663.42 | 0 | 0 | 0 | 0 | 0 | 0 | -2,663.42 | 330,181.55 | -16,295.80 | 435.36 |
| | | | 3/23/2012 | Pre Petition Payment | ✓ | 2,663.42 | 0 | 0 | 0 | 0 | 0 | 0 | 2,663.42 | 330,181.55 | -16,295.80 | 3,098.78 |
| | | | 4/3/2012 | Suspense Transfer | | -2,663.42 | 0 | 0 | 0 | 0 | 0 | 0 | -2,663.42 | 330,181.55 | -16,295.80 | 435.36 |
| | | | 4/3/2012 | Pre Petition Payment | | 2,663.42 | 0 | 0 | 0 | 0 | 0 | 0 | 2,663.42 | 330,181.55 | -16,295.80 | 3,098.78 |
| | | | 4/3/2012 | Suspense Transfer | ✓ | -2,663.42 | 0 | 0 | 0 | 0 | 0 | 0 | -2,663.42 | 330,181.55 | -16,295.80 | 435.36 |
| | | | 4/3/2012 | Pre Petition Payment | | 2,663.42 | 0 | 0 | 0 | 0 | 0 | 0 | 2,663.42 | 330,181.55 | -16,295.80 | 3,098.78 |
| | | | 4/13/2012 | Payment | ✓ | 2,725.49 | 0 | 0 | -0 | 0 | 0 | 0 | 424.67 | 330,181.55 | -17,306.96 | 3,523.45 |
| | | | 4/16/2012 | Suspense Transfer | | -2,663.42 | 0 | 0 | 0 | 0 | 0 | 0 | -2,663.42 | 330,181.55 | -17,306.96 | 860.03 |
| | | | 4/16/2012 | Pre Petition Payment | | 2,663.42 | 0 | 0 | 0 | 0 | 0 | 0 | 2,663.42 | 330,181.55 | -17,306.96 | 3,523.45 |
| | | | 4/20/2012 | Suspense Transfer | | -2,663.42 | 0 | 0 | 0 | 0 | 0 | 0 | -2,663.42 | 330,181.55 | -17,306.96 | 860.03 |
| | | | 4/20/2012 | Pre Petition Payment | ✓ | 2,663.42 | 0 | 0 | 0 | 0 | 0 | 0 | 2,663.42 | 330,181.55 | -17,306.96 | 3,523.45 |
| | | | 4/23/2012 | Suspense Transfer | | -2,663.42 | 0 | 0 | 0 | 0 | 0 | 0 | -2,663.42 | 330,181.55 | -17,306.96 | 860.03 |
| | | | 4/23/2012 | Pre Petition Payment | ✓ | 2,663.42 | 0 | 0 | 0 | 0 | 0 | 0 | 2,663.42 | 330,181.55 | -17,306.96 | 3,523.45 |
| | | | 4/26/2012 | Suspense Transfer | | -2,663.42 | 0 | 0 | 0 | 0 | 0 | 0 | -2,663.42 | 330,181.55 | -17,306.96 | 860.03 |
| | | | 4/26/2012 | Pre Petition Payment | ✓ | 2,663.42 | 0 | 0 | 0 | 0 | 0 | 0 | 2,663.42 | 330,181.55 | -17,306.96 | 3,523.45 |
| | | | 5/1/2012 | Suspense Transfer | | -2,663.42 | 0 | 0 | 0 | 0 | 0 | 0 | -2,663.42 | 330,181.55 | -15,963.53 | 2,180.02 |
| | | | 5/1/2012 | Pre Petition Payment | | 2,663.42 | 0 | 0 | 1,343.43 | 0 | 0 | 0 | 1,319.99 | 330,181.55 | -15,963.53 | 2,180.02 |
| | | | 5/11/2012 | Payment | ✓ | 2,725.49 | 0 | 0 | 0 | 0 | 0 | 0 | 424.67 | 330,181.55 | -15,963.53 | 2,604.69 |
| | | 10/1/2009 | 5/11/2012 | Payment | | 0 | 409.78 | 2,098.03 | 0 | 0 | 0 | 0 | 0 | 329,771.77 | -15,963.53 | 2,604.69 |
| | | 5/1/2012 | 7/23/2015 | Late Charge Assessment | | -113.72 | 0 | 0 | 0 | -113.72 | 0 | 0 | 0 | 0 | | 2,604.69 |
| | | | 6/13/2012 | Payment | ✓ | 2,725.49 | 0 | 0 | 0 | 0 | 0 | 0 | 424.67 | 329,771.77 | -15,963.53 | 3,029.36 |
| | | 11/1/2009 | 6/13/2012 | Payment | | 0 | 412.39 | 2,095.42 | 0 | 0 | 0 | 0 | 0 | 329,359.38 | -15,963.53 | 3,029.36 |
| | | 6/1/2009 | 8/21/2015 | Late Charge Assessment | | -113.72 | 0 | 0 | 0 | -113.72 | 0 | 0 | 0 | 0 | | 3,029.36 |
| | | | 7/13/2012 | Payment | ✓ | 2,725.49 | 0 | 0 | 0 | 0 | 0 | 0 | 449.59 | 329,359.38 | -15,963.53 | 3,478.95 |
| | | 12/1/2009 | 7/13/2012 | Payment | | 0 | 415.01 | 2,092.80 | 0 | 0 | 0 | 0 | 0 | 328,944.37 | -15,963.53 | 3,478.95 |
| | | 7/1/2009 | 9/23/2015 | Late Charge Assessment | | -113.72 | 0 | 0 | 0 | -113.72 | 0 | 0 | 0 | 0 | | 0 |

| | | | Type | ✓ | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 8/13/2012 | Payment | ✓ | 2,725.49 | 0 | 0 | 0 | 0 | 0 | 449.59 | 328,944.37 | -15,963.53 | 3,928.54 |
| | 1/1/2010 | 8/13/2012 | Payment | | 0 | 417.64 | 2,090.17 | 0 | 0 | 0 | 0 | 328,526.73 | -15,963.53 | 3,928.54 |
| | | 9/14/2012 | Payment | ✓ | 2,725.49 | 0 | 0 | 1,105.27 | 0 | 0 | -655.68 | 328,526.73 | -14,858.26 | 3,272.86 |
| | 2/1/2010 | 9/14/2012 | Payment | | 0 | 487.08 | 1,813.74 | 0 | 0 | 0 | 0 | 328,039.65 | -14,858.26 | 3,272.86 |
| | | 10/12/2012 | Payment | ✓ | 2,725.49 | 0 | 0 | 1,105.27 | 0 | 0 | -655.68 | 328,039.65 | -13,752.99 | 2,617.18 |
| | 3/1/2010 | 10/12/2012 | Payment | | 0 | 489.77 | 1,811.05 | 0 | 0 | 0 | 0 | 327,549.88 | -13,752.99 | 2,617.18 |
| | | 11/21/2012 | Payment | ✓ | 2,725.49 | 0 | 0 | 1,105.27 | 0 | 0 | -655.68 | 327,549.88 | -13,921.90 | 1,961.50 |
| | 4/1/2010 | 11/21/2012 | Payment | | 0 | 492.47 | 1,808.35 | 0 | 0 | 0 | 0 | 327,057.41 | -13,921.90 | 1,961.50 |
| | | 12/19/2012 | Payment | ✓ | 2,726.00 | 0 | 0 | 1,093.20 | 0 | 0 | -641.51 | 327,057.41 | -12,828.70 | 1,319.99 |
| | 5/1/2010 | 12/19/2012 | Payment | | 0 | 495.19 | 1,805.63 | 0 | 0 | 0 | 0 | 326,562.22 | -12,828.70 | 1,319.99 |
| | | 1/17/2013 | Prior Service Fees | ✓ | 2,715.50 | 0 | 0 | 0 | 0 | 2,715.50 | 0 | 326,562.22 | -12,828.70 | 1,319.99 |
| | | 1/17/2013 | Certified Mail Cost | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 326,562.22 | -12,828.70 | 1,319.99 |
| | | 1/17/2013 | Property Inspection Fee | | 10.5 | 0 | 0 | 0 | 0 | 10.5 | 0 | 326,562.22 | -12,828.70 | 1,319.99 |
| | | 2/25/2013 | Suspense Payment | ✓ | 2,725.49 | 0 | 0 | 0 | 0 | 0 | 2,725.49 | 326,562.22 | -12,828.70 | 4,045.48 |
| | | 4/12/2013 | Payment | ✓ | 2,725.49 | 0 | 0 | 1,105.27 | 0 | 0 | -608.59 | 326,562.22 | -12,997.61 | 3,436.89 |
| | 6/1/2010 | 4/12/2013 | Payment | | 0 | 497.92 | 1,807.90 | 0 | 0 | 0 | 0 | 326,064.30 | -12,997.61 | 3,436.89 |
| | | 4/16/2013 | Payment | ✓ | 2,725.49 | 0 | 0 | 1,105.27 | 0 | 0 | -608.59 | 326,064.30 | -11,892.34 | 2,828.30 |
| | 7/1/2010 | 4/16/2013 | Payment | | 0 | 500.67 | 1,800.15 | 0 | 0 | 0 | 0 | 325,563.63 | -11,892.34 | 2,828.30 |
| | | 6/7/2013 | Payment | ✓ | 2,725.49 | 0 | 0 | 1,105.27 | 0 | 0 | -608.59 | 325,563.63 | -10,787.07 | 2,219.71 |
| | 8/1/2010 | 6/7/2013 | Payment | | 0 | 512.43 | 1,763.47 | 0 | 0 | 0 | 0 | 325,051.20 | -10,787.07 | 2,219.71 |
| | | 6/18/2013 | Payment | ✓ | 2,725.49 | 0 | 0 | 1,105.27 | 0 | 0 | -608.59 | 325,051.20 | -9,681.80 | 1,611.12 |
| | 9/1/2010 | 6/18/2013 | Payment | | 0 | 515.21 | 1,760.69 | 0 | 0 | 0 | 0 | 324,535.99 | -9,681.80 | 1,611.12 |
| | | 10/11/2013 | Suspense Payment | | 2,725.49 | 0 | 0 | 0 | 0 | 0 | 2,725.49 | 324,535.99 | -9,681.80 | 4,336.61 |
| | 10/1/2010 | 10/25/2013 | Payment | ✓ | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.27 | 324,535.99 | -9,496.26 | 3,831.34 |
| | | 10/25/2013 | Payment | | 0 | 518 | 1,757.90 | 0 | 0 | 0 | 0 | 324,017.99 | -9,496.26 | 3,831.34 |
| | | 12/23/2013 | Payment | ✓ | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.27 | 324,017.99 | -8,390.99 | 3,326.07 |
| | 11/1/2010 | 12/23/2013 | Payment | | 0 | 520.8 | 1,755.10 | 0 | 0 | 0 | 0 | 323,497.19 | -8,390.99 | 3,326.07 |
| | | 12/27/2013 | Payment | ✓ | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.27 | 323,497.19 | -7,285.72 | 2,820.80 |
| | 12/1/2010 | 12/27/2013 | Payment | | 0 | 523.62 | 1,752.28 | 0 | 0 | 0 | 0 | 322,973.57 | -7,285.72 | 2,820.80 |
| | | 2/13/2014 | Payment | ✓ | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.27 | 322,973.57 | -6,180.45 | 2,315.53 |
| | 1/1/2011 | 2/13/2014 | Payment | | 0 | 526.46 | 1,749.44 | 0 | 0 | 0 | 0 | 322,447.11 | -6,180.45 | 2,315.53 |
| | | 2/28/2014 | Payment | ✓ | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.27 | 322,447.11 | -5,075.18 | 1,810.26 |
| | 2/1/2011 | 2/28/2014 | Payment | | 0 | 547.8 | 1,679.41 | 0 | 0 | 0 | 0 | 321,899.31 | -5,075.18 | 1,810.26 |
| | | 4/11/2014 | Payment | ✓ | 2,828.81 | 0 | 0 | 1,090.27 | 0 | 0 | -490.27 | 321,899.31 | -3,984.91 | 1,319.99 |
| | 3/1/2011 | 4/11/2014 | Payment | | 0 | 550.65 | 1,676.56 | 0 | 0 | 0 | 0 | 321,348.66 | -3,984.91 | 1,319.99 |
| | | 5/8/2014 | Suspense Payment | | 2,828.81 | 0 | 0 | 0 | 0 | 0 | 2,828.81 | 321,348.66 | -4,904.64 | 4,148.80 |
| | | 5/29/2014 | Payment | ✓ | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.27 | 321,348.66 | -3,799.37 | 3,643.53 |
| | 4/1/2011 | 5/29/2014 | Payment | | 0 | 553.52 | 1,673.69 | 0 | 0 | 0 | 0 | 320,795.14 | -3,799.37 | 3,643.53 |
| | | 6/20/2014 | Payment | ✓ | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.27 | 320,795.14 | -2,694.10 | 3,138.26 |
| | 5/1/2011 | 6/20/2014 | Payment | | 0 | 556.4 | 1,670.81 | 0 | 0 | 0 | 0 | 320,238.74 | -2,694.10 | 3,138.26 |
| | | 7/11/2014 | Payment | ✓ | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.27 | 320,238.74 | -1,588.83 | 2,632.99 |
| | 6/1/2011 | 7/11/2014 | Payment | | 0 | 559.3 | 1,667.91 | 0 | 0 | 0 | 0 | 319,679.44 | -1,588.83 | 2,632.99 |
| | | 7/31/2014 | Payment | ✓ | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.27 | 319,679.44 | -483.56 | 2,127.72 |
| | 7/1/2011 | 7/31/2014 | Payment | | 0 | 562.21 | 1,665.00 | 0 | 0 | 0 | 0 | 319,117.23 | -483.56 | 2,127.72 |
| | | 8/29/2014 | Payment | ✓ | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.27 | 319,117.23 | 621.71 | 1,622.45 |
| | 8/1/2011 | 8/29/2014 | Payment | | 0 | 565.14 | 1,662.07 | 0 | 0 | 0 | 0 | 318,552.09 | 621.71 | 1,622.45 |
| | | 9/15/2014 | Suspense Payment | | 2,828.81 | 0 | 0 | 0 | 0 | 0 | 2,828.81 | 318,552.09 | 621.71 | 4,451.26 |
| | | 9/16/2014 | Payment | ✓ | 2,828.82 | 0 | 0 | 1,105.27 | 0 | 0 | -505.26 | 318,552.09 | 1,726.98 | 3,946.00 |
| | 9/1/2011 | 9/16/2014 | Payment | | 0 | 568.08 | 1,659.13 | 0 | 0 | 0 | 0 | 317,984.01 | 1,726.98 | 3,946.00 |
| | | 10/31/2014 | Payment | ✓ | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.27 | 317,984.01 | 1,741.85 | 3,440.73 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 10/1/2011 | 10/31/2014 | Payment | 0 | 571.04 | 1,656.17 | 0 | 0 | 0 | 0 | 317,412.97 | 1,741.85 | 3,440.73 |
| | | | 12/11/2014 | Payment | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.27 | 317,412.97 | 2,847.12 | 2,935.46 |
| | | 11/1/2011 | 12/11/2014 | Payment | 0 | 574.02 | 1,653.19 | 0 | 0 | 0 | 0 | 316,838.95 | 2,847.12 | 2,935.46 |
| | | | 12/23/2014 | Payment | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.28 | 316,838.95 | 3,952.39 | 2,430.18 |
| | | 12/1/2011 | 12/23/2014 | Payment | 0 | 577.01 | 1,650.20 | 0 | 0 | 0 | 0 | 316,261.94 | 3,952.39 | 2,430.18 |
| | | | 2/6/2015 | Payment | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.28 | 316,261.94 | 5,057.66 | 1,924.90 |
| | | 1/1/2012 | 2/6/2015 | Payment | 0 | 580.01 | 1,647.20 | 0 | 0 | 0 | 0 | 315,681.93 | 5,057.66 | 1,924.90 |
| | | | 2/20/2015 | Payment | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.28 | 315,681.93 | 6,162.93 | 1,419.62 |
| | | 2/1/2012 | 2/20/2015 | Payment | 0 | 564.37 | 1,709.94 | 0 | 0 | 0 | 0 | 315,117.56 | 6,162.93 | 1,419.62 |
| | | | 3/23/2015 | Suspense Payment | 2,828.81 | 0 | 0 | 0 | 0 | 0 | 2,828.81 | 315,117.56 | 6,162.93 | 4,248.43 |
| | | | 4/23/2015 | Payment | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.28 | 315,117.56 | 6,177.80 | 3,743.15 |
| | | 3/1/2012 | 4/23/2015 | Payment | 0 | 567.42 | 1,706.89 | 0 | 0 | 0 | 0 | 314,550.14 | 6,177.80 | 3,743.15 |
| | | | 6/23/2015 | Payment | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.28 | 314,550.14 | 7,283.07 | 3,237.87 |
| | | 4/1/2012 | 6/23/2015 | Payment | 0 | 570.5 | 1,703.81 | 0 | 0 | 0 | 0 | 313,979.64 | 7,283.07 | 3,237.87 |
| | | | 7/23/2015 | Payment | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.28 | 313,979.64 | 8,388.34 | 2,732.59 |
| | | 5/1/2012 | 7/23/2015 | Payment | 0 | 573.59 | 1,700.72 | 0 | 0 | 0 | 0 | 313,406.05 | 8,388.34 | 2,732.59 |
| | | | 8/21/2015 | Payment | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.27 | 313,406.05 | 9,493.61 | 2,227.32 |
| | | 6/1/2012 | 8/21/2015 | Payment | 0 | 576.69 | 1,697.62 | 0 | 0 | 0 | 0 | 312,829.36 | 9,493.61 | 2,227.32 |
| | | | 9/23/2015 | Payment | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.27 | 312,829.36 | 10,598.88 | 1,722.05 |
| | | 7/1/2012 | 9/23/2015 | Payment | 0 | 579.82 | 1,694.49 | 0 | 0 | 0 | 0 | 312,249.54 | 10,598.88 | 1,722.05 |
| | | | 10/23/2015 | Suspense Payment | 2,828.81 | 0 | 0 | 0 | 0 | 0 | 2,828.81 | 312,249.54 | 9,533.87 | 4,550.86 |
| | | | 11/27/2015 | Payment | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.27 | 312,249.54 | 10,639.14 | 4,045.59 |
| | | 8/1/2012 | 11/27/2015 | Payment | 0 | 582.96 | 1,691.35 | 0 | 0 | 0 | 0 | 311,666.58 | 10,639.14 | 4,045.59 |
| | | | 12/23/2015 | Payment | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.27 | 311,666.58 | 11,744.41 | 3,540.32 |
| | | 9/1/2012 | 12/23/2015 | Payment | 0 | 586.12 | 1,688.19 | 0 | 0 | 0 | 0 | 311,080.46 | 11,744.41 | 3,540.32 |
| | | | 1/22/2016 | Payment | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.27 | 311,080.46 | 12,849.68 | 3,035.05 |
| | | 10/1/2012 | 1/22/2016 | Payment | 0 | 589.29 | 1,685.02 | 0 | 0 | 0 | 0 | 310,491.17 | 12,849.68 | 3,035.05 |
| | | | 2/2/2016 | Investor Billable Exp Payment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 310,491.17 | 12,849.68 | 3,035.05 |
| 8653 | | | 2/22/2016 | Payment | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.27 | 310,491.17 | 13,954.95 | 2,529.78 |
| | | 11/1/2012 | 2/22/2016 | Payment | 0 | 592.48 | 1,681.83 | 0 | 0 | 0 | 0 | 309,898.69 | 13,954.95 | 2,529.78 |
| | | | 2/28/2016 | Investor Billable Exp Payment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 309,898.69 | 13,954.95 | 2,529.78 |
| | | | 3/21/2016 | Payment | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.28 | 309,898.69 | 15,060.22 | 2,024.50 |
| | | 12/1/2012 | 3/21/2016 | Payment | 0 | 595.69 | 1,678.62 | 0 | 0 | 0 | 0 | 309,303.00 | 15,060.22 | 2,024.50 |
| | | | 3/29/2016 | Investor Billable Exp Payment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 309,303.00 | 15,060.22 | 2,024.50 |
| | | | 4/22/2016 | Payment | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.28 | 309,303.00 | 15,100.48 | 1,519.22 |
| | | 1/1/2013 | 4/22/2016 | Payment | 0 | 598.92 | 1,675.39 | 0 | 0 | 0 | 0 | 308,704.08 | 15,100.48 | 1,519.22 |
| | | | 4/27/2016 | Investor Billable Exp Payment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 308,704.08 | 15,100.48 | 1,519.22 |
| | | | 5/23/2016 | Suspense Payment | 2,828.81 | 0 | 0 | 0 | 0 | 0 | 2,828.81 | 308,704.08 | 15,100.48 | 4,348.03 |
| | | | 5/27/2016 | Investor Billable Exp Payment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 308,704.08 | 15,100.48 | 4,348.03 |
| | | | 5/27/2016 | Investor Billable Exp Payment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 308,704.08 | 15,100.48 | 4,348.03 |
| | | | 6/22/2016 | Payment | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.28 | 308,704.08 | 16,205.75 | 3,842.75 |
| | | 2/1/2013 | 6/27/2016 | Payment | 0 | 620.98 | 1,607.83 | 0 | 0 | 0 | 0 | 308,083.10 | 16,205.75 | 3,842.75 |
| | | | 7/22/2016 | Payment | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.28 | 308,083.10 | 17,311.02 | 3,337.47 |
| | | 3/1/2013 | 7/22/2016 | Payment | 0 | 624.21 | 1,604.60 | 0 | 0 | 0 | 0 | 307,458.89 | 17,311.02 | 3,337.47 |
| | | | 7/27/2016 | Investor Billable Exp Payment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 307,458.89 | 17,311.02 | 3,337.47 |
| | | | 8/22/2016 | Payment | 2,828.81 | 0 | 0 | 1,105.27 | 0 | 0 | -505.28 | 307,458.89 | 18,416.29 | 2,832.19 |
| | | 4/1/2013 | 8/22/2016 | Payment | 0 | 627.46 | 1,601.35 | 0 | 0 | 0 | 0 | 306,831.43 | 18,416.29 | 2,832.19 |
| | | | 8/29/2016 | Investor Billable Exp Payment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 306,831.43 | 18,416.29 | 2,832.19 |
| | | | 9/26/2016 | Suspense Payment | 2,486.00 | 0 | 0 | 0 | 0 | 0 | 2,486.00 | 306,831.43 | 18,416.29 | 5,318.19 |
| | | | 9/26/2016 | Payment | 0 | 0 | 0 | 179.61 | 0 | 0 | -2,408.43 | 306,831.43 | 18,595.90 | 2,909.76 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5/1/2013 | 9/26/2016 | Payment | 0 | 630.73 | 1,598.08 | 0 | 0 | 0 | 0 | 306,200.70 | 18,595.90 | 2,909.76 |
| | | | 10/20/2016 | Payment | 2,485.87 | 0 | 0 | 179.61 | 0 | 0 | 57.35 | 306,200.70 | 17,659.95 | 2,967.11 |
| | | 6/1/2013 | 10/20/2016 | Payment | 0 | 634.01 | 1,594.80 | 0 | 0 | 0 | 0 | 305,566.69 | 17,659.95 | 2,967.11 |
| | | | 10/26/2016 | Investor Billable Exp Payment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 305,566.69 | 17,659.95 | 2,967.11 |
| | | | 10/26/2016 | Investor Billable Exp Payment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 305,566.69 | 17,659.95 | 2,967.11 |
| | | | 11/4/2016 | Suspense Payment | 2,726.00 | 0 | 0 | 0 | 0 | 0 | 2,726.00 | 305,566.69 | 17,659.95 | 5,693.11 |
| | | 7/1/2013 | 11/4/2016 | Payment | 0 | 637.32 | 1,591.49 | 179.61 | 0 | 0 | -2,428.52 | 304,929.37 | 17,839.56 | 3,264.59 |
| | | | 11/7/2016 | Late Charge Waived | 341.16 | 0 | 0 | 0 | 341.16 | 0 | 0 | 304,929.37 | 17,839.56 | 3,264.59 |
| | | | 11/25/2016 | Payment | 2,485.87 | 0 | 0 | 179.61 | 0 | 0 | 57.35 | 304,929.37 | 18,019.17 | 3,321.94 |
| | | 8/1/2013 | 11/25/2016 | Payment | 0 | 640.64 | 1,588.17 | 0 | 0 | 0 | 0 | 304,288.73 | 18,019.17 | 3,321.94 |
| | | | 11/29/2016 | Investor Billable Exp Payment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 304,288.73 | 18,019.17 | 3,321.94 |
| | | | 12/1/2016 | Investor Billable Exp Payment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 304,288.73 | 18,019.17 | 3,321.94 |
| | | | | Ending Balance | 0 | 0 | 0 | 0 | -1,326.30 | -7,801.61 | 0 | 304,288.73 | 18,019.17 | 3,321.94 |

𝓸 mortg.

# Exhibit "B"

*Fisher*

*Jan 2017*



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners Is What We Do!™*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

| Actual Month | Projected Payments To Escrow | Actual Payments To Escrow | Projected Payments From Escrow | Actual Payments From Escrow | Description | Projected Ending Balance | Actual Ending Balance |
|---|---|---|---|---|---|---|---|
| *Oct-2016 | $179.61-s | $179.61 | | $1,115.56 | County Tax (PARCEL # 20312002F) | $20,225.04 | $18,737.61 |
| | | | | | | $20,402.54 | $19,094.72 |
| *Nov-2016 | $177.50-s | $179.61 | | | | | $19,274.33 |
| | | $179.61 | | | | $20,580.04 | $19,451.83 |
| Dec-2016 | $177.50-s | | | | | $20,757.54 | $19,629.33 |
| Jan-2017 | $177.50-s | | | | | | |
| TOTALS | $1,610.16 | $4,034.25 | $0.00 | $1,115.56 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. An "s" indicates "scheduled" payment.

*Note – POC Escrow Shortage Adjustment* – This transaction reflects credit adjustments made by Ocwen with regard to pre-petition escrow shortage identified at the time of the bankruptcy filing and placed in the Proof of Claim filed by Ocwen and on the Claims Register of the case. Ocwen advances the pre-petition escrow shortage funds to the account so they do not become part of any ongoing post-petition escrow payments and to prevent a "double-dip." All pre-petition escrow shortage funds advanced are repaid as part of Ocwen's Proof of Claim arrearage as per the confirmed plan in the case. If the bankruptcy case is dismissed for any reason or if Ocwen obtains an Order from the Court granting it Relief from the Automatic Stay, any outstanding amounts owed for the pre-petition escrow shortage as stated in Ocwen's Proof of Claim that are not repaid prior to the said dismissal or relief order, will be added back to the outstanding escrow balance on the account.

*average escrow account*

BKA ACCTHIST M

NMLS # 1852
*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 2 of 2

# Exhibit "C"



**Ocwen Loan Servicing, LLC**
PO Box 24738
West Palm Beach, FL 33416-4738

www.ocwencustomers.com

LOLINDA FISHER
4751 E FOREST SERVICE 3040 RD
WILLIAMS AZ 86046-9449

| | |
|---|---|
| Property Address | 4751 E Forest Service 3040 Williams, AZ 86046-9449 |
| Statement Date | 03/06/17 |
| Account Number | 0707083069 |
| Payment Due Date | 04/01/17 |

**Amount Due** **$98,328.58**
If payment is received after 04/16/17, a $117.38 late fee will be charged.

| Customer Care | 800-746-2936 |
| Insurance | 866-317-7651 |

## Account Information

| | |
|---|---|
| Principal Balance* | $301,692.64 |
| Escrow Balance | $18,737.61 |
| Maturity Date | July 1, 2033 |
| Interest Rate (until July 1, 2017) | 6.25000% |
| Prepayment Penalty | No |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $750.77 |
| Interest | $1,596.76 |
| Escrow | $181.71 |
| Total Regular Payment | $2,529.24 |
| Past Due Payment(s) Amount | $94,761.77 |
| Fees/Other Charges | $2,612.25 |
| Unapplied Funds** | -$1,574.68 |
| Total Amount Due | $98,328.58 |

*This is the Principal Balance only, not the amount required to pay the loan in full.

## Activity Since Last Statement (10/17/16 to 03/06/17)

| Date Applied | Date Received | Description | Transaction Total | Principal | Interest | Escrow | Optional Products | Late Charges | Fees/Other | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/21/16 | 10/20/16 | Payment | $2485.87 | | | | | | | $2306.26 |
| 10/21/16 | 10/20/16 | Payment | $0.00 | $634.01 | $1594.80 | $179.61 | | | | $2228.81 |
| 11/04/16 | | Charge - Prior Servicer Fees | -$2715.50 | | | | | | -$2715.50 | |
| 11/04/16 | | Charge - Property Inspection Fee | -$10.50 | | | | | | -$10.50 | |
| 11/04/16 | 11/04/16 | Suspense Payment | $2726.00 | | | | | | | $2726.00 |
| 11/07/16 | 11/07/16 | Late Charge Waives | -$341.18 | | | | | | | |
| 11/07/16 | 11/04/16 | Payment | $0.00 | | | $179.61 | | | | $179.61 |
| 11/07/16 | 11/04/16 | Payment | $0.00 | $637.32 | $1591.49 | | | | | $2228.81 |
| 11/28/16 | 11/25/16 | Payment | $2485.87 | | | $179.61 | | | | $2306.26 |

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $4,508.06 | $1,952.12 |
| Interest | $11,093.61 | $4,734.31 |
| Escrow (Taxes & Insurance) | $1,257.27 | $538.83 |
| Fees/Other Charges | $1,578.59 | $1,578.59 |
| Unapplied Funds** | -$1,703.59 | $1,574.66 |
| Total | $16,733.91 | $10,378.50 |

## Special Notices

## Important News

**Unapplied Funds:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate unapplied funds account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

Payments received are to be applied in accordance with the mortgage note. Payments will be first applied to bring the loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.

If you have any questions about your loan, please call 1-800-746-2936 and ask to set up an appointment with Sreejesh Nair, your relationship manager, or schedule an appointment at www.ocwencustomers.com.

See reverse side for important information and state specific disclosures.



### Payment Coupon

| | |
|---|---|
| AMOUNT DUE | $98,328.58 |
| If received after 04/16/17 add Late Charge of | $117.38 |
| Total Amount Due with Late Charge | $98,445.96 |
| Additional Principal | |
| Additional Escrow | |
| Late Charges and Fees | |
| Other Additional Payments | |
| Total Enclosed | |

Note: If the bank cancels any excess funds will first be applied to outstanding amounts due and then additional principal.

If the payment is made via automatic drafting this statement is for informational purposes only.

Lolinda Fisher
Account Number: 0707083069

OCWEN LOAN SERVICING, LLC
PO BOX 660264
DALLAS TX 75266-0264

# Exhibit "D"



Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do*™

1661 Worthington Road,
Suite 100
West Palm Beach, FL 33409
Toll Free (800) 746-2936

Loan Number: 707083069

08/09/2017

JOHN P. FISHER
4751 E FOREST SERVICE 3040 RD
WILLIAMS, AZ 86046-9449

VIA First Class Mail
Tracking Number: 2318107332

Property Address: 4751 E FOREST SERVICE 3040
WILLIAMS, AZ 86046-9449

# PRE-FORECLOSURE REFERRAL LETTER

## Special Note: If you HAVE FILED Bankruptcy

*Applies only if you have a chapter 7 discharge and/or discharge pursuant to Chapter 13.*

If you have received a chapter 7 discharge under the U.S. Bankruptcy Code, or if your mortgage has been discharged as part of a completed Chapter 13 plan, this notice is not intended as an attempt to collect a debt. This is not an assertion that you have any personal liability for this debt.

*Applies only if you have recently filed a bankruptcy petition - PLEASE NOTIFY US IMMEDIATELY!*

If you have recently filed for bankruptcy, this notice has been sent to you because Ocwen has not been notified of your bankruptcy case. It is important that you or your bankruptcy attorney contact us immediately. In order for us to document your file, please provide us with the date and jurisdiction of your filing, your case number, and the bankruptcy chapter number under which you have filed. This information is CRITICAL—it may change your options for keeping your home. So please CONTACT US today!

Dear Customer(s):

Recently, Ocwen Loan Servicing, LLC ("Ocwen"), sent you a Notice of Default due to your loan becoming past due. Ocwen services your home loan and mortgage on behalf of Wells Fargo Bank, N.A., as Trustee for the Pooling and Servicing Agreement dated as of January 1, 2004 Merrill Lynch Mortgage Investors Trust Mortgage Loan Asset-Backed Certificates, Series 2004-WMC1A, who is the holder of the beneficial interest in the mortgage or deed of trust which is secured by property at the address listed above. Our records reflect that the last full mortgage payment date on your account was 8/5/2017. The account is paid through 12/01/2013 which makes your account due from 01/01/2014. Your mortgage payments are past due, which puts you in default of your loan agreement and the property may be referred to foreclosure after 14 days from the date of this letter. As of 03/03/2017 you owe the following:

| | |
|---|---|
| Principal and Interest | $87,759.11 |
| Interest Arrears | $0.00 |
| Escrow | $7,002.66 |
| Late Charges | $0.00 |
| Insufficient Funds Charges | $0.00 |
| Fees / Expenses | $2,612.25 |
| Suspense Balance (CREDIT) | $1,574.68 |
| Interest Reserve Balance (CREDIT) | $0.00 |
| **TOTAL DUE** | **$95,799.34** |

NMLS # 1852

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

CR-3 1045

14DYPFC

2318107332



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!™*

1661 Worthington Road,
Suite 100
West Palm Beach, FL 33409
Toll-Free: (800) 746-2936

Prior to foreclosure, you may have the right to reinstate the mortgage loan, depending on the terms of the note and mortgage. We encourage you to review the provisions of the note and mortgage. You may receive a copy of your loan documents as well as a payment history from the time your loan was last less than 60 days due by sending a written request to:

Ocwen Loan Servicing, LLC Attn Research Dept
P.O. Box 24736
West Palm Beach, FL 33416-4736

Notices of Error and Qualified Written requests may also be submitted to this address.

You may also request a copy of any assignments of mortgage or deed of trust that may have been executed in connection with any transfers or foreclosure or bankruptcy proceedings.

Please be aware there may be expenses and attorney's fees and costs incurred by Ocwen on behalf of the owner of your loan to enforce the mortgage in addition to the overdue amount on the mortgage. Any payment to reinstate the mortgage loan after acceleration must therefore include an amount sufficient to cover such expenses and fees incurred. Payments received that are less than the amount required to reinstate the mortgage loan will be returned, and will not stop any foreclosure proceedings that have begun. **PRIOR TO SUBMITTING PAYMENT, YOU MAY WISH TO CALL US TO VERIFY THE EXACT AMOUNT DUE.**

As of 05/08/2017, the total amount needed to reinstate or bring the account current is $95,799.34, the unpaid principal balance of your loan is $301,692.64 and the interest rate is 7%. The date interest rate may next reset or adjust is 07/01/2017.

If you are unable to bring your account current, we urge you to call us immediately to discuss possible alternatives to foreclosure. As long as you are living on the property, you are responsible for maintaining it and paying all taxes owed; you must maintain the property and pay taxes until a sale or other title transaction occurs. If you choose to abandon the property, and walk away from the mortgage, please call us as soon as possible at (800) 746-2936 to discuss alternatives to foreclosure. Keep in mind that while we work with you on your available options, you are still responsible for any payments that come due, so it is important that you contact us as soon as possible.

Please visit our website at www.ocwen.com where you can review your account, enter your financial information and provide a description of your current situation at your convenience.

NMLS#1852

14DYPFC

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

PFS-2015

B31610-738E

# Exhibit "E"



## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

Loan Number: 707083069

06/06/2017

Lolinda Fisher
4751 E Forest Service 3040 Rd
Williams, AZ 86046-9449

Property Address: 4751 E Forest Service 3040
Williams, AZ 86046-9449

## Re: Delinquency Information

Dear Lolinda Fisher

We are providing the information in this notice because, as of the date of this letter, the above account is delinquent.

### **DELINQUENCY NOTICE**

You are late on your mortgage payments. As of 06/06/17, you are 1252 days delinquent on your mortgage loan. Your account first became delinquent on 01/02/14. Failure to bring your loan current may result in fees and foreclosure* – the loss of your home.

Recent Account History
- Payment due 06/01/17: UNPAID AMOUNT OF $2529.24
- Payment due 05/01/17: UNPAID AMOUNT OF $2529.24
- Payment due 04/01/17: UNPAID AMOUNT OF $2529.24
- Payment due 03/01/17: UNPAID AMOUNT OF $2529.24
- Payment due 02/01/17: UNPAID AMOUNT OF $2529.24
- Payment due 01/01/17: UNPAID AMOUNT OF $2485.87
- Total: $103428.06. You must pay this amount to bring your loan current. <u>Please note that the Total Amount Due includes your next regular monthly payment.</u> This amount may not include all fees and charges, as all fees and charges may not have been billed or posted to your account as of the letter date. Please contact us for your current reinstatement amount or payoff amount.

Your account has been referred to an attorney to foreclosure. The first step in this process, the first legal filing, has not yet been completed.

*If the loan has foreclosure protection provided under the Servicemembers Civil Relief Act (SCRA) or similar state law, Ocwen will not conduct foreclosure activity during the foreclosure protection period.

If You Are Experiencing Financial Difficulty: If you are experiencing financial difficulties and would like counseling or assistance, you can contact the U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800.569.4287.

MADNREM

NMLS # 1852
This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



## Ocwen Loan Servicing, LLC
### WWW.OCWEN.COM
*Helping Homeowners is What We Do!™*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

---

Should you have any questions or concerns, or believe an error has occurred, please contact us immediately 800.746.2936. We are available to assist you Monday through Friday 8 am to 9 pm, Saturday 8 am to 5 pm and Sunday 9 am to 9 pm ET.

If you would like to submit a qualified written request, a notice of error, or a request for information, you must use the following address:

**Research Department**, P.O. Box 24736, West Palm Beach, Florida 33416-4736.

If you have any further questions regarding this letter, your account or options that we may have available, you may schedule an appointment with your Home Retention Specialist, Sreegesh Nair, by contacting us at 800.746.2936. Sreegesh Nair is your designated contact for inquiries and the submission of documents as needed.

Sincerely,
Loan Servicing

**Please Note:** This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have an active bankruptcy case or have received an Order of Discharge from a Bankruptcy Court, the following Notice Regarding Bankruptcy applies.

**Notice Regarding Bankruptcy:** Please be advised that if you are part of an active Bankruptcy case or if you have received an Order of Discharge from a Bankruptcy Court, this letter is in no way an attempt to collect either a pre-petition, post petition or discharged debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a Chapter 7 case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan.

---

NMLS # 1852                                                                                      MADNREM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*